3. Prejudgment interest,

4. Attorneys fees and

5. Such other relief as this Court deems just and proper.

Dated: September 6, 2018

Respectfully submitted,

SPRINGFIELD ELECTRICAL COMPANY INC,
By its Attorney,

*/s/ William P. Farrell*

William P. Farrell
Attorney for Plaintiffs
William P. Farrell Counselor at Law PC
P.O. Box 6340
Springfield, MA 01101
BBO # 544288
Phone: 4134330783
Email: wfarrell27@comcast.net